IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES HIGGINS,<br><br>          Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>          Defendant. | 8:24CV5<br><br>ORDER TO PROCEED IN FORMA PAUPERIS |

This case is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, Filing 2, in this judicial review of the decision of the Commissioner of Social Security denying the Plaintiff Social Security Disability (SSD) benefits for lack of disability. Filing 1. The Court finds that Plaintiff's Application satisfies the requirements of 28 U.S.C. § 1915(a)(1) and demonstrates that Plaintiff is unable to pay the fees or give security to commence this action. Accordingly,

IT IS ORDERED that

1. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, Filing 2, is granted; and

2. The Clerk of Court is ordered to file the complaint and issue a summons. The United States Marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant. The United States will advance the costs of service.

Dated this 12th day of January, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge