IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES HIGGINS,<br><br>           Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>           Defendant. | 8:24CV5<br><br>**ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME** |

      This case is before the Court on the Commissioner's Unopposed Motion for Extension of Time, Filing 11, in this judicial review of the decision of the Commissioner of Social Security denying the Plaintiff Social Security Disability (SSD) benefits for lack of disability. The Commissioner seeks an extension of the deadline for his Motion to Affirm from May 1, 2024, to May 31, 2024, on the ground that, owing to workload demands, SSA agency counsel is unable to provide necessary support by the current deadline. The Court finds good cause for the requested extension. Accordingly,

      IT IS ORDERED that the Commissioner's Unopposed Motion for Extension of Time, Filing 11, is granted, and the Commissioner shall have to and including May 31, 2024, to file his Motion to Affirm.

      Dated this 23rd day of April, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge