IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES HIGGINS,<br><br>           Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>           Defendant. | 8:24CV5<br><br>ORDER ON SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME |

       This case is before the Court on the Commissioner's Second Unopposed Motion for Extension of Time, Filing 13, in this judicial review of the decision of the Commissioner of Social Security denying the Plaintiff Social Security Disability (SSD) benefits for lack of disability. The Commissioner seeks an extension of the deadline for his Motion to Affirm from May 31, 2024, to July 1, 2024, on the ground that, owing to workload demands, SSA agency counsel remains unable to provide necessary support by the current deadline. The Court finds good cause for the requested extension. However, the Court will be reluctant to grant any further extensions. Accordingly,

       IT IS ORDERED that the Commissioner's Second Unopposed Motion for Extension of Time, Filing 13, is granted, and the Commissioner shall have to and including July 1, 2024, to file his Motion to Affirm.

       Dated this 29th day of May, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge